**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INDIRA SALAS (LUNA),<br>                    **Plaintiff,**<br><br>              v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>                    **Defendant.** | CIVIL ACTION<br><br><br><br>NO.  17-4990 |

## O R D E R

**AND NOW**, this 22nd day of October, 2018, upon consideration of Plaintiff's Request for Review (Document No. 14, filed April 25, 2018), the record in this case, and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated September 28, 2018, there being no objection, **IT IS ORDERED** as follows:

1.      The Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated September 28, 2018, is **APPROVED** and **ADOPTED**;

2.      Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects; and,

3.      The case is **REMANDED** to the Acting Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Marilyn Heffley dated September 28, 2018.

> **BY THE COURT:**
>
> **/s/ Hon. Jan E. DuBois**
> _____
>      **DuBOIS, JAN E., J.**